CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 3 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ARTHUR B. COLEMAN, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 7:05CV00641 |
| ) | |
| v. ) | ORDER |
| ) | |
| B.A. BLEDSOE, ) | By: Glen E. Conrad |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition filed pursuant to 28 U.S.C. § 2241 shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 2d day of November, 2005.

_____
United States District Judge